IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLENDA PEARCE,<br><br>         Plaintiff<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>         Defendant | NO. 5:03-CV-421 (CAR) |

## O R D E R

Upon motion by defendant, the Commissioner of the Social Security Administration, to re-open and affirm the decision of the Commissioner dated February 22, 2006,

IT IS HEREBY ORDERED, for good cause shown, that the same is granted.

SO ORDERED AND DIRECTED, this 20th day of June, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/  H. Randolph Aderhold
Assistant United States Attorney
Georgia Bar No. 005150
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: 478/621-2728
Facsimile:  478/621-2710
E-mail: randy.aderhold@usdoj.gov